# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| Glenn Edmonds, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:16-cv-01291-STA/egb |
| | ) | |
| DIRECTV, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Dated this 25th day of April, 2017

| **ATTORNEYS FOR PLAINTIFF** | RESPECTFULLY SUBMITTED<br>**ATTORNEYS FOR DEFENDANTS** |
|---|---|
| /s/ Van D. McMahan | /s/ Brandon Pettes |
| Van D. McMahan, Esq.<br>Ross Mitchell, Esq.<br>**MCMAHAN LAW FIRM**<br>109 W. Court Avenue<br>Selmer, Tennessee 38375<br>(731) 645-3100<br>van@mcmahanlawfirm.net<br>ross@mcmahanlawfirm.net<br>*Counsel for Plaintiff* | Brandon D. Pettes (TN #31264)<br>**GLANKER BROWN, PLLC**<br>6000 Poplar Avenue, Suite 400<br>Memphis, Tennessee 38119<br>Tel:  (901) 525-1322<br>Fax:  (901) 525-2389<br>Email:  bpettes@glanker.com<br><br>Kyle J. Steinmetz (pro hac vice)<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 701-8547<br>Email: ksteinmetz@mayerbrown.com |

- 2 -

*Counsel for Defendant*

AMECURRENT 723835080.1 25-Apr-17 13:07

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a copy of the foregoing to be served via the ECF system on all counsel of record, this 25th day of April, 2017.

/s/ Van D. McMahan

- 4 -