UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **GLENN EDMONDS** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| **v.** | |
| **DIRECTV, LLC** | **CASE NO: 16-1291-STA-egb** |
| **Defendant.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation of Dismissal With Prejudice entered on April 28, 2017, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/3/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON
(By) Deputy Clerk